# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

30 Rockefeller Plaza
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

Richard J. Sapinski
Member of the Firm
Direct Dial: (973) 643-5975
E-mail: rsapinski@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

June 26, 2012

By Fax (718-613-2386) and CM/ECF

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   United States v. Francis Mazzella
            Crim. No. 1:12-cr-00108 (ARR)

Dear Judge Ross:

       This firm represents Mr. Francis Mazzella in the above-captioned matter. Mr. Mazzella appeared before Your Honor on February 27, 2012, waived indictment, and entered a plea of guilty to a two count Information. He was released on his own recognizance with travel restricted to New York and New Jersey.

       I write to respectfully request that Mr. Mazzella be permitted to travel with his family to Weatherly, Pennsylvania from Friday, July 13 to Sunday, July 15 to attend a family reunion. The Mazzella family intends to drive to Weatherly, Pennsylvania, making air travel unnecessary.

       I have spoken with AUSA Marisa Seifan who indicated that the Government has no objection to this request. The Pre-trial Services office likewise has no objection.

       For your convenience, I am enclosing a proposed form of Order.

       Thank you for your consideration of this request.

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION
The Honorable Allyne R. Ross
June 26, 2012
Page 2

Respectfully submitted,

RICHARD J. SAPINSKI

Enclosure

cc:   Marisa Seifan, AUSA (by fax and CM/ECF)

# SILLS CUMMIS & GROSS
A Professional Corporation

One Riverfront Plaza
Newark, New Jersey  07102
(973) 643-7000
FAX (973) 643-6500

**Date:** JUNE 26, 2012                                **Time** 11:00 A.M.

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Hon. Allyne R. Ross | US District Court | 718-613-2386 | |
| Marisa Seifan | AUSA | 718-254-6669 | |

**FROM:** RICHARD SAPINSKI

**ATTORNEY NO.:**

**TELEPHONE DIRECT DIAL:** (973) 643-5975

**MESSAGE:**

Call me upon receipt: Yes ☐  No ☒

**TOTAL # OF PAGES (including cover page): 4**

**CLIENT NAME:** MAZZELLA
**CLIENT/MATTER #:**

**OFFICE SERVICES USE ONLY:**

THE ATTACHED TELECOPY HAS BEEN SUCCESSFULLY TRANSMITTED BY:

OPERATOR: _____     DATE/TIME: ___/___/___  ___:___ AM/PM

****CONFIDENTIALITY NOTE****

The documents accompanying this telecopy transmission contain information from the law firm of Sills Cummis & Gross P.C. which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.
2148768 v1